UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA

In Re:   *DENNIS DARRELL POPE*                                    Case No.:   *05-00224-8-RDD*
         *WANDA FAYE POPE*

REPORT OF UNCLAIMED DIVIDEND

     The undersigned Trustee, having concluded administration of the above estate, respectfully reports unto the Court:

     1.  That the following checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and that said checks have never been negotiated:

| NAME AND LAST KNOWN ADDRESS | AMOUNT OF DIVIDEND |
|---|---|
| *MBNA AMERICA*<br>*702 KING FARM ROAD*<br>*ROCKVILLE, MD 20850-5775* | $227.86 |

     2.  That the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful;

     WHEREFORE, the undersigned Trustee desires to pay into the Court said unclaimed dividends pursuant to 11 USC 1347.

DATED:  March 2, 2010

                                           /S/ RICHARD M. STEARNS
                                           RICHARD M. STEARNS
                                           Chapter 13 Trustee
                                           Post Office Box 2218
                                           Kinston, North Carolina 28502
                                           Phone:  (252) 523-2295