## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

**In Re:**  *DENNIS DARRELL POPE*           **Case No.:**  *05-00224-8-RDD*
        *WANDA FAYE POPE*

### REPORT OF UNCLAIMED DIVIDEND

      The undersigned Trustee, having concluded administration of the above estate, respectfully reports unto the Court:

      1.  That the following checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and that said checks have never been negotiated:

    <u>NAME AND LAST KNOWN ADDRESS</u>          <u>AMOUNT OF DIVIDEND</u>

*MBNA AMERICA*                          $113.95
*702 KING FARM ROAD*
*ROCKVILLE, MD 20850-5775*

      2.  That the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful;

      WHEREFORE, the undersigned Trustee desires to pay into the Court said unclaimed dividends pursuant to 11 USC 1347.

      DATED:  <u>May 5, 2010</u>

                               <u>/S/ RICHARD M. STEARNS</u>
                               RICHARD M. STEARNS
                               Chapter 13 Trustee
                               Post Office Box 2218
                               Kinston, North Carolina 28502
                               Phone:  (252) 523-2295