# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NORTH CAROLINA

In Re:   DENNIS DARRELL POPE                                    Case No.:   05-00224-8-RDD
         WANDA FAYE POPE

## REPORT OF UNCLAIMED DIVIDEND

The undersigned Trustee, having concluded administration of the above estate, respectfully reports unto the Court:

1. That the following checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and that said checks have never been negotiated:

| NAME AND LAST KNOWN ADDRESS | AMOUNT OF DIVIDEND |
|---|---|
| *MBNA AMERICA* *702 KING FARM ROAD* *ROCKVILLE, MD 20850-5775* | $113.94 |

2. That the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful;

WHEREFORE, the undersigned Trustee desires to pay into the Court said unclaimed dividends pursuant to 11 USC 1347.

DATED:  June 2, 2010

/S/ RICHARD M. STEARNS
RICHARD M. STEARNS
Chapter 13 Trustee
Post Office Box 2218
Kinston, North Carolina 28502
Phone:  (252) 523-2295