## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA

**In Re:**  *DENNIS DARRELL POPE*                    **Case No.:**  *05-00224-8-RDD*
           *WANDA FAYE POPE*

<u>REPORT OF UNCLAIMED DIVIDEND</u>

The undersigned Trustee, having concluded administration of the above estate, respectfully reports unto the Court:

1.  That the following checks were issued to certain creditors in payment of dividends due in the distribution of the estate, and that said checks have never been negotiated:

<u>NAME AND LAST KNOWN ADDRESS</u>            <u>AMOUNT OF DIVIDEND</u>

*MBNA AMERICA*                                      $476.75

*702 KING FARM ROAD*
*ROCKVILLE, MD 20850-5775*

2.  That the undersigned Trustee has made a diligent effort to determine the present mailing address or whereabouts of the creditor-payee, and that all efforts have been unsuccessful;

WHEREFORE, the undersigned Trustee desires to pay into the Court said unclaimed dividends pursuant to 11 USC 1347.

DATED:  <u>July 1, 2010</u>

/S/ RICHARD M. STEARNS
RICHARD M. STEARNS
Chapter 13 Trustee
Post Office Box 2218
Kinston, North Carolina 28502
Phone:  (252) 523-2295